# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MAYRA MOLINA,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK,<br>NATIONAL ASSOCIATION,<br><br>        Defendant. | **ORDER GRANTING**<br>**[32] STIPULATED MOTION**<br>**TO DISMISS CASE WITH PREJUDICE**<br><br>Case No. 2:16-cv-00207-DN<br><br>District Judge David Nuffer |

Having considered the Stipulated Motion to Dismiss Entire Case with Prejudice (Motion),[1] and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. This case is dismissed with prejudice. Each party shall bear its own costs and fees.

Dated July 28, 2017.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 32, filed July 27, 2017.